Christopher S. Hall, # 203901
Daniel S. Cho, #260902
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
Setton International Foods, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| SETTON INTERNATIONAL FOODS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WEDEL EXPORT ASSOCIATES, INC., a California corporation, JAY C. WEDEL, an individual, and DOES 1 through 20,<br><br>　　　　　　Defendants. | Case No.  1:08-CV-01903-LJO-TAG<br><br>**ORDER RE STIPULATION AND REQUEST FOR COURT APPROVAL TO RESET SCHEDULING ORDER DATES**<br><br>**[FED. R. CIV. P. RULE 29(B)]** |

ORDER

IT IS HEREBY ORDERED that the Court's Scheduling Order of March 12, 2009 is reset as follows:

　　　　Discovery Deadline:

　　　　Non-Expert:　　　　　　　　　December 15, 2009

　　　　Expert:　　　　　　　　　　　December 15, 2009

　　　　Non-Dispositive Motions:　　　February 12, 2010 *

　　　　Dispositive Motions:　　　　　March 15, 2010

　　　　Pretrial Conference:　　　　　June 10, 2010 at 8:30 before  LJO *

　　　　Trial Date:　　　　　　　　　July 26, 2010 at 8:30 before LJO

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER RE STIPULATION AND REQUEST FOR COURT APPROVAL TO RESET
SCHEDULING ORDER DATES [FED. R. CIV. P. RULE 29(B)]

1　　　* The parties are advised that these dates above vary slightly from the proposed dates
2　submitted in order to accommodate the Court's calendar.
3　　　With the exception of the foregoing changes, the Court's Scheduling Order of March 12,
4　2009 otherwise remains in effect.
5　IT IS SO ORDERED.
6　Dated:  November 12, 2009           /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

[PROPOSED] ORDER RE STIPULATION AND REQUEST FOR COURT APPROVAL TO RESET
SCHEDULING ORDER DATES [FED. R. CIV. P. RULE 29(B)]