Christopher S. Hall, # 203901
Daniel S. Cho, #260902
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
Setton International Foods, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (EASTERN DIVISION)

| | |
|---|---|
| SETTON INTERNATIONAL FOODS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>WEDEL EXPORT ASSOCIATES, INC., a California corporation, JAY C. WEDEL, an individual, and DOES 1 through 20,<br><br>  Defendants. | Case No.  1:08-CV-01903-LJO-TAG<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

This Court having reviewed the Parties' Stipulation of Dismissal, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The above-captioned action in its entirety, including the Cross-Complaint filed by Wedel Exports, be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1); and

2.  Each party to pay their own attorney's fees and costs.


Dated:  January 20, 2010          __/s/ Lawrence J. O'Neill_____
                                  Lawrence J. O'Neill
                                  United States District Judge

78134/00030-1504597.v1